IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARDNER DENVER, INC.,

    Plaintiff,

v.

ARCH INSURANCE COMPANY, et al.,

    Defendants.

CIVIL ACTION
NO. 16-0159

**FILED**
**AUG 2 4 2018**
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

The Order entered on August 22, 2018, (Doc. 104) is **VACATED** and the following Order is entered:

**AND NOW**, this 23rd day of August 2018, upon consideration of Plaintiff Gardner Denver, Inc.'s Motion to Compel Regarding Privilege and Work Product Designations Asserted by Defendant Federal Insurance Company (Doc. Nos. 81, 82); Defendant Federal Insurance Company's Memorandum of Law in Opposition (Doc. No. 84); Plaintiff Gardner Denver, Inc.'s Reply Memorandum (Doc. Nos. 87, 88); Plaintiff Gardner Denver, Inc.'s Notice of Subsequent Authority and Event (Doc. No. 94); and for reasons stated on the record by the Court during an ex parte conference held on July 24, 2018 to conduct an in camera review of the documents at issue, it is **ORDERED** that Plaintiff Gardner Denver, Inc.'s Motion to Compel Regarding Privilege and Work Product Designations Asserted by Defendant Federal Insurance Company (Doc. Nos. 81, 82) is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

*Joel H. Slomsky*
JOEL H. SLOMSKY, J.