IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARDNER DENVER, INC. | CIVIL ACTION |
| Plaintiff, | No. 16-CV-00159-JHS |
| v. | |
| ARCH INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; AND FEDERAL INSURANCE COMPANY | |
| Defendants. | |

**SUPPLEMENTAL, NOW-UNCONTESTED, MOTION OF LIONS GATE ENTERTAINMENT CORP., STARZ ACQUISITION, LLC, AND STARZ ENTERTAINMENT, LLC TO PARTIALLY UNSEAL THE TRANSCRIPT OF THE SEPTEMBER 15, 2017 HEARING**

Lions Gate Entertainment Corp., Starz Acquisition, LLC, and Starz Entertainment, LLC hereby file this Supplemental, Now-Uncontested, Motion to Partially Unseal the Transcript of the September 15, 2017 Hearing. The grounds for this Motion are as follows:

1. On July 8, 2019, the Motion to Intervene and to Partially Unseal the Transcript of the September 15, 2017 Hearing, and for Expedited Consideration of the Motion to Partially Unseal (Doc. No. 121) was filed by Lions Gate Entertainment Corp. ("Lions Gate") and by Starz Acquisition, LLC and Starz Entertainment, LLC (collectively, the "Starz Parties").

2. On July 10, 2019, the Joinder of Gardner Denver, Inc. (Doc. No. 122) in the request for partial unsealing was filed.

3. Since that time, counsel for plaintiff Gardner Denver Inc. ("GDI") and counsel for Defendants have conferred in an effort to resolve the unsealing issue, and Lions Gate and the Starz Parties understand that Defendants will not oppose a motion to unseal so long as the following portions remain sealed:

| **Sealing Begins – Page/Line** | **Sealing Ends – Page/Line** |
| --- | --- |
| Page 13, Line 9 (part of text only) | Page 13, Line 16 (part of text only) |
| Page 14, Line 18 (part of text only) | Page 14, Line 21 |
| Page 15, Line 9 (part of text only) | Page 15, Line 20 |
| Page 17, Line 25 | Page 18, Line 5 |
| Page 18, Line 7 | Page 18, Line 11 |
| Page 18, Line 13 | Page 18, Line 14 |
| Page 19, Line 23 (part of text only) | Page 20, Line 2 |
| Page 22, Line 23 | Page 23, Line 2 |
| Page 27, Line 10 (part of text only) | Page 27, Line 12 (part of text only) |
| Page 27, Line 14 (part of text only) | Page 28, Line 3 |
| Page 30, Line 5 | Page 30, Line 10 |

4. Accordingly, Lions Gate and the Starz Parties hereby move to partially unseal the transcript of the September 15, 2017 hearing, while the portions listed above remain sealed.

5. As set forth in the attached certificate, with these redactions, Defendants have indicated that they will not oppose partial unsealing.

6. As indicated in the Joinder, GDI does not oppose such partial unsealing.

7. A proposed order (without the redacted transcript attached) is being filed herewith through ECF; a copy with the proposed redacted transcript attached will be submitted to chambers on behalf of GDI.

WHEREFORE, Lions Gate and the Starz Parties respectfully request that the Court enter

an order partially unsealing the Transcript of the September 15, 2017 Hearing on the terms set forth above.

Respectfully submitted,

Dated: July 22, 2019

      /s/ RGPlacey
Richard G. Placey, Esq.
Steven Pachman, Esq.
MONTGOMERY, MCCRACKEN,
 WALKER & RHOADS, LLP
1735 Market Street
Philadelphia, PA  19103
Telephone:  215-772-1500
Email:  rplacey@mmwr.com
Email:  spachman@mmwr.com

Barry I. Buchman, Esq. (pro hac vice)
Michael J. Scanlon, Esq. (pro hac vice)
HAYNES AND BOONE, LLP
800 17th Street NW, Suite 500
Washington, DC  20006
Telephone:  202-654-2500
Email:  barry.buchman@haynesboone.com
Email:  michael.scanlon@haynesboone.com

*Counsel for Proposed Intervenors Lions Gate Entertainment Corp., Starz Acquisition, LLC, and Starz Entertainment, LLC and for Plaintiff Gardner Denver, Inc.*