IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARDNER DENVER, INC.,

    Plaintiff,

v.

ARCH INSURANCE COMPANY, et al.,

    Defendants.

CIVIL ACTION
NO. 16-0159

## ORDER

**AND NOW**, this 24th day of July 2019, upon consideration of Lions Gate Entertainment Corp., Starz Acquisition, LLC, and Starz Entertainment, LLC's Motion to Intervene and Partially Unseal the Transcript of the September 15, 2017 Hearing (Doc. No. 121), Plaintiff Gardner Denver's Inc., Joinder in the Motion to Partially Unseal the Transcript (Doc. No. 122), and the Consent Motion to Partially Unseal the Transcript of the September 15, 2017 Hearing (Doc. No. 123), it is **ORDERED** as follows:

1. Lions Gate Entertainment Corp., Starz Acquisition, LLC, and Starz Entertainment, LLC's Motion to Intervene and Partially Unseal the Transcript of the September 15, 2017 Hearing (Doc. No. 121) is **WITHDRAWN**.

2. The Consent Motion to Partially Unseal the Transcript of the September 15, 2017 Hearing (Doc. No. 123) is **GRANTED**.

3. Lions Gate Entertainment Corp., Starz Acquisition, LLC, and Starz Entertainment, LLC shall be permitted to intervene in the above-captioned matter for the purpose of seeking access to the Transcript (Doc. No. 65) ordered released in this Order.

4. The Clerk of Court shall **UNSEAL** the Transcript of the September 15, 2017 Hearing (Doc. No. 65), but shall only release the portions of the Transcript that are not redacted

in Exhibit A, which is attached to this Order.  For reference purposes only, the following portions of the transcript shall be redacted:

| **Sealing Begins – Page/Line** | **Sealing Ends – Page Line** |
| --- | --- |
| Page 13, Line 9 (part of text only) | Page 13, Line 16 (part of text only) |
| Page 14, Line 18 (part of text only) | Page 14, Line 21 |
| Page 15, Line 9 (part of text only) | Page 15, Line 20 |
| Page 17, Line 25 | Page 18, Line 5 |
| Page 18, Line 7 | Page 18, Line 11 |
| Page 18, Line 13 | Page 18, Line 14 |
| Page 19, Line 23 (part of text only) | Page 20, Line 2 |
| Page 22, Line 23 | Page 23, Line 2 |
| Page 27, Line 10 (part of text only) | Page 27, Line 12 (part of text only) |
| Page 27, Line 14 (part of text only) | Page 28, Line 3 |
| Page 30, Line 5 | Page 30, Line 10 |

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.